PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Guy Hicks            Cr.: 13-00315-001
                                        PACTS #: 65031

Name of Sentencing Judicial Officer:   THE HONORABLE KEVIN P. MCNULTY
                                        UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 10/09/2013

Original Offense: Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349 [18 U.S.C. § 1344]

Original Sentence: 36 months custody, 60 months supervised release

Special Conditions: Special Assessment, Substance Abuse Testing, Alcohol Treatment, Drug Treatment, No New Debt, Mental Health Treatment

Type of Supervision: Supervised Release            Date Supervision Commenced: 09/03/2015

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | On September 25, 2015, the offender travel to Manhattan, New York, without obtaining permission. |
| 2 | On same date, the offender was arrested by Port Authority Police for operating a motor vehicle without a valid driver's license. |

U.S. Probation Officer Action:
While the probation office is discouraged by Hicks' actions, we are requesting an opportunity to address his noncompliance internally. Hicks will be referred to Moral Reconation Therapy (a cognitive behavioral program). If Your Honor agrees with our plan, the probation office will present a copy of this order to the offender as a formal written reprimand. We will advise the Court of any additional instances of noncompliance.

Respectfully submitted,

By: Jamel H. Rucks-Dorsey
U.S. Probation Officer
Date: 09/28/2015

Prob 12A – page 2
Guy Hicks

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

9/29/2015
_____
Date