PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Guy Hicks   Cr.: 13-00315-001
                                PACTS #: 65031

Name of Sentencing Judicial Officer:   THE HONORABLE KEVIN MCNULTY
                                       UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 10/09/2013

Original Offense: 18 U.S.C. § 1349 (f); Attempt And Conspiracy To Commit Bank Fraud

Original Sentence: 36 months imprisonment, 60 months supervised release

Special Conditions: Special Assessment - $100, Restitution - $646,194.17, Substance Abuse Testing, Alcohol Treatment, Drug Treatment, Mental Health Treatment, New Debt Restrictions, Residential Reentry Center Placement for 6 months

Type of Supervision: Supervised Release   Date Supervision Commenced: 09/03/2015
                                          Commencement Following Violation: 04/06/2017

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number   Nature of Noncompliance

1.   On May 20, 2018, Guy Hicks tested positive for Methadone. Hicks admitted to buying Percocet from a dealer, stating that he needed it for pain. He was instructed to report to the Probation Office on May 21, 2018, so that a urine sample could be sent to the lab for confirmation; However, he failed to report as directed.

**U.S. Probation Officer Action:**
USPO verbally reprimanded Hicks for using a controlled substance not prescribed to him. Additionally, we respectfully request that this notice be served as a written reprimand for Hicks' non-compliance.

Respectfully submitted,

Luis R. Gonzalez
2018.05.29
09:01:22 -04'00'
By: Maria Goodwater
U.S. Probation Officer
Date: 05/28/2018

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ 12A Constitutes as a Written Reprimand for the Offender's Non-Compliance

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

5/30/2018
Date